IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA )
)
v. ) Criminal Action No. 07- 22- UNA
)
STEVEN KELLAM, )
)
)
Defendant. )

## MOTION AND ORDER TO SEAL INDICTMENT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States

Attorney for the District of Delaware, and Ilana H. Eisenstein, Assistant United States Attorney for the

District of Delaware, moves that the Indictment and File in this case be sealed.

COLM F. CONNOLLY
United States Attorney

By: _____
Ilana H. Eisenstein
Assistant United States Attorney

Dated: February 14, 2007

AND NOW, to wit, this _15_ day of __February__, 2007, upon the foregoing Motion,

IT IS HEREBY ORDERED that the Indictment and File in the above-captioned case be sealed until

further order of this Court.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge