IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN KELLAM,<br><br>Defendant. | REDACTED<br><br>Criminal Action No. 07-22-UNA |

## INDICTMENT

The Federal Grand Jury for the District of Delaware charges that:

### Count I

On or about February 6, 2007, in the State and District of Delaware, STEVEN KELLAM, defendant herein, did knowingly possess with the intent to distribute cocaine, a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Ilana H. Eisenstein
Assistant United States Attorney

Dated: February 15, 2007