UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                               )<br>         Plaintiff,           )<br>                               )<br>                               )  CASE NO. CR07-22-UNA<br>    vs.                        )<br> STEVEN KELLAM                 )<br>                               )<br>                               )<br>         Defendant.            )  | |

O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on FEBRUARY 20, 2007 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until April 20, 2007 The time between the date of this order and April 20, 2007 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

_____
Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney

F I L E D

FEB 20 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE