

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | S~~EALED~~ UNSEALED 1/15/08 KTK |
| v. | : | Criminal Action No. 07-022-JJF |
| STEVEN KELLAM, | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, Defendant has filed a Motion to Suppress Evidence and Statements (D.I. 12);

NOW THEREFORE, IT IS HEREBY ORDERED per the May 16, 2007 Scheduling Conference that an Evidentiary Hearing will be held on **Wednesday, July 11, 2007, at 11:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

June 29, 2007
DATE

UNITED STATES DISTRICT JUDGE



FILED
JUN 29 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE