IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-22-JJF |
| | ) | |
| | ) | FILED UNDER SEAL |
| STEVEN KELLAM, | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

PLEASE enter the appearance of Christopher J. Burke, Assistant United States Attorney

for the District of Delaware, as co-counsel in the above-captioned case. Ilana Eisenstein,

Assistant United States Attorney for the District of Delaware, will continue to serve as lead

counsel on the matter.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: /s/ Christopher J. Burke
Christopher J. Burke
Assistant United States Attorney
Nemours Building, Suite 700
1007 Orange Street
P.O. Box 2046
Wilmington, DE 19899-2046
302-573-6277, x142

Dated: September 6, 2007

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-22-JJF |
| | ) | |
| | ) | **FILED UNDER SEAL** |
| | ) | |
| STEVEN KELLAM, | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I, Christopher J. Burke, Assistant United States Attorney for the District of Delaware, hereby

certify that on the 6th day of September 2007, I caused to be filed an **Entry of Appearance** with the

Clerk of the Court. I further certify that a copy of the foregoing was sent via U.S. mail to counsel

of record as follows:

Edson Bostic, Esq.
Office of the Federal Public Defender
First Federal Plaza
704 King Street, Suite 110
Wilmington, DE 19801

/s/ Christopher J. Burke
Christopher J. Burke
Assistant United States Attorney

-2-