IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | ~~SEALED~~ UNSEALED 1/15/08. |
| v. | : | Criminal Action No. 07-022-JJF |
| STEVEN KELLAM, | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, Plaintiff has filed a Motion For Exclusion Of Time Pursuant To The Speedy Trial Act;

NOW THEREFORE, IT IS HEREBY ORDERED the Defendant shall file a response to said motion by **November 9, 2007**.

November 2, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE



FILED
NOV 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE