IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Criminal Action No. 07-22-JJF |
| STEVEN KELLAM, | ) |
| | ) |
| Defendant. | ) |

RECEIVED JAN 14 2008 U.S. DISTRICT COURT DISTRICT OF DELAWARE

## MOTION AND ORDER TO UNSEAL INDICTMENT AND FILE

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware and Ilana H. Eisenstein, Assistant United States Attorney for the District of Delaware, hereby moves that the Indictment and file in the above-captioned case be unsealed as follows:

1. On February 15, 2007, the federal grand jury for the District of Delaware charged the defendant, Steven Kellam, with possession of cocaine with intent to distribute it, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C). A suppression hearing was held before this Court on July 11, 2007.

2. The reasons for initially sealing this case are no longer present, and there is no further purpose to keeping the entire file sealed in this matter.

3. The Government respectfully requests that the transcript of the suppression hearing, dated July 11, 2007, remain sealed to protect the identity of Confidential Informant(s) discussed during that proceeding. A redacted version of this transcript is attached and the Government further requests that this Court docket the redacted transcript.

4. The Government has discussed this Motion with the defendant's counsel, Mr. Edson A. Bostic, and he agrees with this request.

above-captioned case with the exception of the July 11, 2007, suppression hearing transcript.

                    Respectfully Submitted,

                    COLM F. CONNOLLY
                    United States Attorney

                    By: _____
                    Ilana H. Eisenstein
                    Assistant United States Attorney

Dated: January 14, 2007

AND NOW, this ___15___ day of January, 2008, upon the foregoing Motion, it is ORDERED that the Indictment and file in the above-captioned case are hereby unsealed. It is FURTHER ORDERED that the transcript of the July 11, 2007, suppression hearing remain under seal.

                    _____
                    Honorable Joseph J. Farnan, Jr.
                    United States District Judge

