IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,       :
                                :
        Plaintiff,              :       SEALED UNSEALED 1|15|09
                                :
    v.                          :       Criminal Action No. 07-022-JJF
                                :
STEVEN KELLAM,                  :
                                :
        Defendant.              :

## O R D E R

WHEREAS, Plaintiff has filed a Motion For Exclusion Of Time Pursuant To The Speedy Trial Act;

WHEREAS, the Defendant was ordered to respond to the motion by November 9, 2007 (D.I. 28);

WHEREAS, to date, a response has not been filed;

WHEREAS, the Court finds that an exclusion of time under the Speedy Trial Act is necessary because the arguments raised by the parties regarding the Motion to Suppress are sufficiently detailed, numerous and complex such that they require additional time beyond the 30-day window provided by Section 3161(h)(1)(J) of the Act, for their considered resolution by the Court. The Court further finds that the failure to grant Plaintiff's Motion for Exclusion Of Time would result in a miscarriage of justice, in that is would deprive the Court of the time it needs to properly consider and resolve the suppression issues, which are significant to the overall outcome of this matter. As a result, the Court further finds that the ends of justice served by granting this

FILED

JAN 18 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

exclusion outweigh the best interests of the public and the
defendant in a speedy trial.

NOW THEREFORE, IT IS HEREBY ORDERED the Plaintiff's
Motion For Exclusion Of Time Pursuant To The Speedy Trial Act is
**GRANTED**.  The period of time from the August 11, 2007 until the
date a decision on the Motion to Suppress is rendered is excluded
under the Speedy Trial Act.


January 18, 2008                    _____
         DATE                           UNITED STATES DISTRICT JUDGE