# Federal Public Defender
## District of Delaware

EDSON A. BOSTIC
FEDERAL PUBLIC DEFENDER

one customs House
704 King Street, suite 110
Wilmington, Delaware 19801
(302) 573-6010 (telephone)
(302) 573-6041 (Fax)

ELENI KOUSOULIS
LUIS A. ORTIZ
KEIR BRADFORD
ASSISTANT FEDERAL PUBLIC DEFENDERS
————
TIEFFA N. HARPER
DANIEL I. SIEGEL
RESEARCH & WRITING ATTORNEYS

February 26, 2008

Honorable Joseph F. Farnan, Jr.
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE   19801

Re:     ***United States v. Steven Kellam***
         **Criminal Action No.: 07-22-JJF**
         <u>**Our File No.: 2007-00116**</u>

Dear Judge Farnan:

By this letter, Counsel for Mr. Kellam is respectfully requesting that this Court list this matter for a Scheduling Conference at a time and date convenient to this Court's calendar.

Respectfully submitted,

_/s/_____
**EDSON A. BOSTIC**
Federal Public Defender

EAB/lmo

cc: Ilana H. Eisenstein, Assistant United States Attorney
     Steven Kellam, Defendant