IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-22-JJF |
| STEVEN KELLAM, | : |
| Defendant. | : |

### O R D E R

At Wilmington, this 26 day of February 2008, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that the Amended Motion To Suppress Physical Evidence And Statements (D.I. 12) filed by Defendant, Steven Kellam, is **DENIED**.

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE