IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-22-JJF |
| | ) | |
| STEVEN KELLAM, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF WITHDRAWAL OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney Christopher J. Burke as one of the attorneys of record on behalf of the United States of America. Assistant United States Attorney Ilana Eisenstein remains as counsel of record on this matter.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By:  /s/ Christopher J. Burke
Christopher J. Burke
Assistant United States Attorney
Nemours Building, Suite 700
1007 North Orange Street
P.O. Box 2046
Wilmington, Delaware 19899-2046
302-573-6277, x142

Dated:  February 28, 2008