IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-022-JJF |
| STEVEN KELLAM, | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, the Court has resolved the pending pretrial motions in the above-captioned matter;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. A Pretrial Conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held on **Friday, March 14, 2008, at 11:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2. The time between the date of this Order and March 14, 2008, shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

February 29, 2008
DATE

*Joseph J. Farnan Jr.*
UNITED STATES DISTRICT JUDGE

FILED
FEB 29 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE