IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-022-JJF |
| STEVEN KELLAM, | : |
| Defendant. | : |

## O R D E R

WHEREAS, due to a scheduling conflict, the time of the Pretrial Conference will be changed;

NOW THEREFORE, IT IS HEREBY ORDERED that a Pretrial Conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held on Friday, March 14, 2008, **at 4:30 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

March 4, 2008
DATE

Joseph J. Farnan Jr.
UNITED STATES DISTRICT JUDGE